Dec. 10, 2015

Court of CRIMINAL Appeals of texas

P.O. Box 12308 Capitol Station

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 16 2015

Abel Acosta, Clerk

Dear court, I just received on this date 11-20-2015 a card saying. On this day the Supplemental Clerks record, in response to the order Issued by this court I never knew anything been added to the Clerk's record and I am asking if the court of Austin could Send me a copy of the Supplemental record that been added on to the Original one. (In WHY) Cause I have the orin-ginal Clerk's record So if their Something new that's been added to the Clerk's record I would like if you could Send it to me I'm Sending a Self Stamps envelope So the court could Send it to me.

Thanks

Elijah I Taylor

No. W11-40599-K (A)    WR-83,101-01

Allred unit - T.D.C # 1776071

2101 FM 369 North

Iowa Park, TX 76367

Elijah I Taylor